RECEIVED
IN CLERK'S OFFICE
DEC 12 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

ORDER:

Motion denied.

John Bryant,
USMJ

OFFICE OF THE CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.
NASHVILLE DIVISION
801 BROADWAY / RM. 800

WILLIAM DAVIDSON HAMBY, JR. ) CASE NO. # 3:12-CV-01239
(PLAINTIFF) )
V. ) JUDGE: TRAUGER
VALERIE McCULLOUGH / DARON HALL )
(DEFENDANTS) )

MOTION FOR COURT TO AUDIT DEFENDANTS / AND JAIL

I, WILLIAM HAMBY, JR., COMES THE PLAINTIFF, BY AND THROUGH PRO SE, MOTIONS THIS HONORABLE COURT, MOVES TO HAVE THE COURT AUDIT DEFENDANT'S, AND THEIR JAIL/ SHERIFF'S OFFICE'S ENTIRE "ATTORNEY PHONE CALL PROCEDURE" WITHIN THIS JAIL.

SIGN: [signature] DATE: 12-7-12