RECEIVED
IN CLERK'S OFFICE

DEC 12 2012

U.S. DISTRICT COURT
MID. DIST. TENN.

OFFICE OF THE CLERK
U.S. DISTRICT COURT
MiddLE DISTRICT OF TN.
NASHVILLE DIVISION
801 BROADWAY / RM. 800

| | |
|---|---|
| WILLiam DAVIDSON HAMBY, JR. 3 | CASE NO. # 3:12-cv-01239 |
| (PLAINTIFF) 3 | |
| V. 3 | JUDGE: TRAUGER |
| VALerie McCullough / DARON HALL 3 | |
| (DEFENDANTS) 3 | |

MOTION FOR COURT TO AUDIT
DEFENDANTS / AND JAIL

I, WiLLiam HAMBY, JR., COMES THE PLAINTIFF, BY AND THROUGH
PRO SE, MOTIONS THIS HONORABLE COURT, MOVES TO HAVE
THE COURT AUDIT DEFENDANT'S, AND THEIR JAIL/
SHERIFF'S OFFICE'S ENTIRE "ATTORNEY PHONE CALL"
PROCEDURE" WITHIN THIS JAIL.

SIGN: _____ DATE: 12-7-12