RECEIVED
IN CLERK'S OFFICE
DEC 1 8 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

ORDER:

motion denied.

John Bryant,
USMJ

OFFICE OF THE CLERK
U.S. District Court
Middle District of TN
Nashville Division
801 Broadway / Rm. 800

William Davidson Hamby, Jr. ) CASE NO. #3:12-cv-01239
(PLAINTIFF)
V. ) JUDGE: TRAUGER
Valerie McCullough / Daron Hall
(DEFENDANTS)

Motion For Court to Conduct
Federal Investigations on Defendants

I, William Hamby, Jr., comes the Plaintiff to motion to this Honorable Court, by and through pro se, moves this Court to place Defendants toward a Federal Investigation for Illegal "Attorney Calls" Practices.

SIGN: [signature] DATE: 12-7-12