UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM DAVIDSON HAMBY, JR., | ) | |
| | ) | |
| Plaintiff | ) | Case No. 3:12-1239 |
| | ) | Judge Trauger/Bryant |
| v. | ) | **Jury Demand** |
| | ) | |
| VALERIE McCULLOUGH, *et al.*, | ) | |
| | ) | |
| Defendant | ) | |

## O R D E R

Plaintiff Hamby has filed his motion to ascertain status (Docket Entry No. 14). This motion is **GRANTED**.

The Defendants filed their answer on March 19, 2013, and that same day a scheduling order containing pretrial deadlines was entered by the Court (Docket Entry No. 26). On March 21, the case was set for a jury trial before District Judge Trauger on May 27, 2014.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge