UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| William Davidson Hamby, Jr., | ) | Case No. 3:12-cv-1239 |
| | ) | Judge Trauger |
| Plaintiff, | ) | Magistrate Judge Bryant |
| | ) | |
| v. | ) | |
| | ) | |
| Valerie McCullough, et al., | ) | |
| | ) | |
| Defendants | ) | |

## DENIAL OF ENTRY OF DEFAULT

Pending is Plaintiff's Motion for Entry of Default against Defendants (Docket Entry No. 35). The motion is denied for the reasons stated below.

On March 1, 2013, the Court granted Defendants' motion for an extension of time (Docket Entry No. 18). Defendants were given until March 20, 2013, to respond to the Complaint against them. The Defendants filed an Answer with the Court on March 19, 2013. Accordingly, the Clerk declines to enter default. Plaintiff's motion is denied.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court

1