IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM DAVIDSON HAMBY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-1239 |
| | ) | Judge Trauger |
| VALERIE MCCULLOUGH, Case Manager, and | ) | Magistrate Judge Bryant |
| DARON HALL, Lead Sheriff, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On April 23, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 44), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion to Dismiss his Complaint (Docket No. 43) is **GRANTED**, and the Complaint is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

ENTER this 20th day of May 2013.

_____
ALETA A. TRAUGER
U.S. District Judge